UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA ANTIGUA, et al.,<br><br>Defendants. | No. 1:22-cv-01626-ADA-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 6) |

On January 5, 2023, Plaintiff filed a "Notice of Dismissal of Action," in which Plaintiff notifies the Court that this entire case is voluntarily dismissed without prejudice. (Doc. 6.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: **January 6, 2023**         /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE